UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ANGEL SIFUENTES, III,

    Plaintiff,

CASE NO. 1:23-cv-981

v.

HON. ROBERT J. JONKER

TWITTER INC.,

    Defendant.
_____/

## ORDER OF REFERENCE

The captioned case is referred to Magistrate Judge Phillip J. Green for all pretrial purposes. The magistrate judge shall decide all nondispositive motions and conduct all necessary conferences pursuant to 28 U.S.C.§636(b)(1)(A). The magistrate judge shall file a report and recommendation on all dispositive matters under 28 U.S.C. §636(b)(1)(B).

Dated: September 20, 2023

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE